IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| OSCAR BALLESTEROS, | § | |
| | § | |
| *Plaintiff,* | § | SA-23-CV-00554-ESC |
| | § | |
| vs. | § | |
| | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

Before the Court in the above-styled and numbered cause of action is Defendant's Unopposed Motion to Reverse with Remand and Enter Judgment [#16].  By his motion, the Commissioner of Social Security asks the Court to reverse the agency's final administrative decision and remand this case to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).  The Court will grant the motion.

**IT IS HEREBY ORDERED** that Defendant's Unopposed Motion to Reverse with Remand and Enter Judgment [#16] is **GRANTED**.  Upon remand, the Administrative Law Judge will provide the claimant the opportunity for a new administrative hearing and will further evaluate the claimant's medical determinable impairments and the severity of these impairments; further evaluate the claimant's residual functional capacity; and, if warranted, obtain supplemental vocational expert evidence.  The Court will enter a separate final judgment remanding this case for further administrative proceedings.

1

**IT IS SO ORDERED.**

SIGNED this 5th day of February, 2024.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE